IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Chris Curley, | Case No. 3:17 CV 2319 |
| Plaintiff, | JUDGMENT ENTRY |
| -vs- | JUDGE JACK ZOUHARY |
| Lucas County Sheriff's Office, | |
| Defendant. | |

This action came before this Court for jury trial on December 10-12, 2019. The issues have been tried and the jury has rendered its verdict.

The jury finds in favor of Defendant Lucas County Sheriff's Office and against Plaintiff Chris Curley.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

December 12, 2019